| Attorney or Party without Attorney: <br> Edward Y. Kroub <br> Mizrahi Kroub LLP <br> 200 Vesey Street, 24th Floor <br> New York, NY 10281 <br> Telephone No: 212-595-6200    FAX No: 212-595-9700 <br> <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Ref. No. or File No.: | |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Josue Paguada, et al.
Defendant: Celeb Luxury LLC

| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV00931MKV |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet, Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

3. a. Party served:           Celeb Luxury LLC
   b. Person served:         Cindy Orr, General Manager

4. Address where the party was served:    6545 Nova Drive, Suite 201
                                          Plantation, FL 33317

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Feb. 28, 2022 (2) at: 12:20PM

7. **Person Who Served Papers:**                          Fee for Service:
   a. Martin Wade
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of FLORIDA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
Summons & Complaint                                        (Martin Wade)

edykro.229744