

William Downes – Associate
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
wdownes@mizrahikroub.com
www.mizrahikroub.com

May 9, 2022

**VIA ECF**

The Honorable Mary Kay Vysckocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Paguada v. Celeb Luxury LLC,* Case No. 1:22-cv-00931 (MKV)

Dear Judge Vysckocil:

    We represent plaintiff Josue Paguada ("Plaintiff") in the above-referenced class action and respectfully write regarding the Court's order of May 2, 2022. *See* Docket No. 12. Plaintiff intends to file an amended complaint in this action and shall do so on or before May 23, 2022, as ordered by the Court.

                                                        Respectfully submitted,
                                                        /s/ William Downes
                                                        William Downes, Esq.

Cc:    All Counsel of Record (via ECF)