

Edward Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

June 10, 2022

VIA ECF

The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2022
```

Re:   *Paguada v. Celeb Luxury.;* Case No. 1:22-cv-0931 (MKV)

Dear Judge Vyskocil:

We represent plaintiff Josue Paguada ("Plaintiff") in the above-referenced matter and respectfully write in response to the Court's order of June 7, 2022. *See* Docket No. 18. Plaintiff respectfully requests leave of the Court under Federal Rule of Civil Procedure 15(a)(2) for an additional 7 days in which to file its amended complaint, with a reasonable period thereafter for Defendant to respond to the amended complaint. The reason for the extension request is Plaintiff's counsel has recently experienced unforeseen staff reductions. This is Plaintiff's second request for an extension and is made on consent.

Respectfully submitted,
/s/ *Edward Kroub*
Edward Kroub, Esq.

Cc:   All Counsel of Record (via ECF)

**Granted. SO ORDERED.**

Date: 6/13/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge